IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY SHAWN BYRD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-60-ALB ) |
| WALLY OLSON, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On April 7, 2020, the Magistrate Judge entered a Recommendation (Doc. #12) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 10th day of June 2020.

                                                   /s/ Andrew L. Brasher
                                              ANDREW L. BRASHER
                                              UNITED STATES DISTRICT JUDGE